UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

GLEN R. JEFFERY, JR.,

Plaintiff,

v. Case No. 26-cv-1348-pp

ETHAN MARCEZWSKI, *et al.*,

Defendants.

---

**ORDER REGARDING PLAINTIFF'S SIGNATURE**

---

Plaintiff Glen R. Jeffery, Jr., who is incarcerated at Green Bay Correctional Institution and is representing himself, filed a complaint which he signed "The Demon God." Dkt. No. 1 at 7. The plaintiff also has filed a supplement, dkt. no. 3, a request for leave to proceed without prepaying the filing fee, dkt. no. 4, and a magistrate judge jurisdiction form, dkt. no. 6, all signed "The Demon God." The court assumes that "The Demon God" is not the plaintiff's legal name. The plaintiff must sign the complaint and all other papers he files in this case by handwriting *his legal name*. See Federal Rule of Civil Procedure 11(a) ("Every pleading, written motion, and other paper shall be signed by at least one attorney of record in the attorney's individual name, or, if the party is not represented by an attorney, shall be signed by the party."); Becker v. Montgomery, 532 U.S. 757, 764 (2001) (Rule 11(a)'s signature requirement indicates "a name handwritten"); see also Jeffery v. Cole, Case No. 23-cv-241, 2026 WL 800534, at *3 (plaintiff must sign medical authorization

with legal name, not "The Demon God").[1] The court will give the plaintiff an opportunity to re-file all of the above-described documents signed with his legal name. Regarding the complaint, the plaintiff can comply with this order by either filing a corrected signature page to the complaint or filing a new complaint. Regarding the supplement, the plaintiff can comply with this order by either filing a corrected title page to the supplement or by filing a new supplement. Regarding the plaintiff's request for leave to proceed without prepaying the filing fee, the plaintiff can comply with this order by either filing a corrected signature page to the request or by filing a new request. Regarding the magistrate judge jurisdiction form, the plaintiff can comply with this order by submitting a new form. If, by the deadline the court sets below, the court does not receive these documents signed by the plaintiff with his legal name, the court will strike the documents. See Fed. R. Civ. P. 11(a) ("The court must strike an unsigned paper unless the omission is promptly corrected after being called to the attorney's or party's attention."). The plaintiff must use his *legal name* for his signature in all his future case filings.

The court **ORDERS** that the plaintiff must submit documents signed with his *legal* name by the end of the day on **September 11, 2026**. If the court does not receive documents from the plaintiff signed with his legal name by the

[1] The name "Glen R. Jeffery, Jr." is typed below where the plaintiff wrote "The Demon God." Dkt. No. 1 at 7, 8. This does not qualify as a signature for the purpose of Rule 11(a) because the plaintiff is not participating in the court's electronic filing system. See Fed. R. Civ. P. 5(d)(3); General Local Rule 5(a)(2) (E.D. Wis.); Eastern District of Wisconsin Electronic Case Filing Policies and Procedures Manual at 1.

end of the day on September 11, 2026, the court will strike the complaint and the other documents and dismiss the case.

The court **ORDERS** that any further documents the plaintiff files in this case must be *signed with his legal name*; the court will not consider or act on filings signed "The Demon God."

Dated in Milwaukee, Wisconsin this 2nd day of September, 2026.

**BY THE COURT:**

**HON. PAMELA PEPPER**
**Chief United States District Judge**